BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL CISNEROS-JACINTO, <br><br> Defendant. | No. CR 17-00587 JST <br><br> STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

On December 8, 2017, the parties appeared before this Court for the first District Court appearance after the grand jury returned an indictment against the defendant, Angel Cisneros-Jacinto. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from December 8, 2017. The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of defense counsel, to review voluminous discovery with Mr. Cisneros-Jacinto. Defense counsel also has periods of unavailability between December 8, 2017 and January 12, 2018. For these reasons, the parties agreed that time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the period from December 8, 2017 to January 12, 2018 from Speedy Trial Act calculations outweighs the

STIP. REQUEST TO EXCLUDE TIME

interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: December 12, 2017                                       Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

   */s/ Christina McCall*
CHRISTINA McCALL
Assistant U. S. Attorney

   */s/ John Paul Reichmuth*
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Attorney for Angel Cisneros-Jacinto

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, for continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until January 12, 2018.

IT SO ORDERED.

DATED: December 12, 2017

                                                            
The Hon. JON S. TIGAR
United States District Court Judge

STIP. REQUEST TO EXCLUDE TIME