1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMTUH
   Assistant Federal Public Defender
3  1301 Clay St., Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5
   Counsel for Defendant
6  ANGEL CISNEROS JACINTO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-587-JST |
| Plaintiff, | STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |
| v. | |
| ANGEL CISNEROS-JACINTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of January 12, 2018 presently scheduled at 9:30 a.m. before the Honorable Jon S. Tigar, be vacated and re-set for February 23, 2018 at 9:30 a.m.

The requested continuance is necessary because the defense needs additional time to review the voluminous discovery, consisting of a lengthy immigration file, and conduct meetings between client and counsel prior to settling this case or setting it for motions or trial. The requested continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until February 23, 2018 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is

CR 17-587-JST
Stip. to Continuance; [Proposed] Order

1

necessary to accommodate counsel's preparation efforts.

DATED: January 11, 2018            /S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Defendant CISNEROS-JACINTO

DATED: January 11, 2018            /S/
CHRISTINA MCCALL
Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Therefore, it is

ORDERED that the time until February 23, 2018 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv). Further, it is

ORDERED that the STATUS HEARING date of January 12, 2018 presently scheduled at 9:30 a.m. before the Honorable Jon S. Tigar, be vacated and re-set for February 23, 2018 at 9:30 a.m.

IT IS SO ORDERED.

DATED: January 11, 2018

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 17-587-JST
Stip. to Continuance; [Proposed] Order

2