1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMTUH
   Assistant Federal Public Defender
3  1301 Clay St., Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5
   Counsel for Defendant
6  ANGEL CISCNEROS JACINTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-587-JST |
| Plaintiff, | STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |
| v. | |
| ANGEL CISNEROS JACINTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING set for May 25, 2018 at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for June 1, 2018 at 9:30 a.m.

This continuance is requested because defense counsel and the Probation Department need additional time to meet and confer prior to the issuance of the final Presentence Report. Prior to that, defense counsel needs to have the draft presentence report translated into Spanish for Mr. Cisneros-Jacinto. Some delay in the Presentence Interview was occasioned by scheduling conflicts. The Probation Officer was also provided voluminous materials to review. The requested additional week would be sufficient.

The Probation Officer has confirmed his availability to counsel.

DATED: May 11, 2018         /S/
                            JOHN PAUL REICHMUTH
                            Assistant Federal Public Defender
                            Counsel for ANGEL CISNEROS-JACINTO

DATED: May 11, 2018         /S/
                            CHRISTINA MCCALL
                            Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is hereby ORDERED that the SENTENCING HEARING set for May 25, 2018 at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for June 1, 2018 at 9:30 a.m.

IT IS SO ORDERED.

DATED: May11, 2018
                            _____
                            HON. JON S. TIGAR
                            UNITED STATES DISTRICT JUDGE